USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BROWN and LAURA BENANTI,

                      Plaintiffs,

          v.

ALL PRO CONTRACTING INC.,

                      Defendant.

No. 19-CV-10267 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant has not yet entered an appearance, filed an answer, or otherwise responded to the Complaint, although the Court has granted Defendant two extensions of time to do so. Dkts. 11, 13. If the parties have settled this matter, they shall file a joint letter so informing the Court no later than April 22, 2020. If the parties have not settled this matter and if Plaintiffs intend to move for default judgment, they shall do so no later than April 28, 2020, according to the procedures in Rule 5 of this Court's Emergency Individual Rules and Practices in Light of Covid, available at https://nysd.uscourts.gov/hon-ronnie-abrams. If Plaintiffs are not able to move for default judgment by April 29, 2020, they shall seek an extension of time. Plaintiffs shall promptly serve a copy of this Order on Defendant via email and file proof of such service on the docket

SO ORDERED.

Dated:    April 15, 2020
          New York, New York

                                          Ronnie Abrams
                                          United States District Judge