USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK BROWN and LAURA BENANTI,

Plaintiffs,

v.

ALL PRO CONTRACTING INC.,

Defendant.

No.  19-CV-10267 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 25, 2020, the Clerk of Court entered a certificate of default against Defendant All Pro Contracting Inc., and on April 28, 2020 Plaintiffs moved for default judgment against Defendant.  Dkt. 19, 20.  Upon consideration of these documents and the supporting Declaration of Steven Seltzer, Dkt. 21, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **June 1, 2020** on the Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents with the Court.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **June 15, 2020**.

In light of the COVID-19 crisis, the Court will not have a conference and will instead resolve this matter on the papers.  If Defendant fails to file answering papers on Plaintiffs by June 15, 2020, or fails to request an extension to do so, judgment may be entered for Plaintiffs.

SO ORDERED.

Dated:    May 11, 2020
          New York, New York

Ronnie Abrams
United States District Judge