**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
PATRICK BROWN and LAURA BENANTI

                    Plaintiffs,

             -against-

ALL PRO CONTRACTING.,

                   Defendant.
---------------------------------------------------------X

19 **CIV** 10267 (RA)

**DEFAULT JUDGMENT**

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Opinion and Order dated November 13, 2020, Plaintiffs' motion for a default judgment is granted; Defendant shall pay $101,750 in damages with interest at nine percent per annum from January 15, 2016, in the amount of $44,332.34, plus costs and disbursements totaling $562.40; accordingly, the case is closed.

**DATED**: New York, New York
            November 16, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                        **Clerk of Court**
                                              **BY:** _____
                                                        **Deputy Clerk**